ENTER / JS-6

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 9 2010

CENTRAL DISTRICT OF CALIFORNIA
BY

FILED
CLERK, U.S. DISTRICT COURT

NOV - 8 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| GERALD NAVARRO, | Case No. CV 10-07669 CBM (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| MATTHEW CATE, Secretary, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed for lack of jurisdiction for the reasons set forth in the related Order.

DATED: ~~October~~ Nov 1, 2010

CONSUELO B. MARSHALL
SENIOR JUDGE